## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAINE WANG, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:19-cv-00045-LPS |
| | : | |
| v. | : | |
| | : | |
| TESARO, INC., LAWRENCE ALLEVA, JAMES ARMITAGE, EARL COLLIER, JR., MARY LYNNE HEDLEY, DAVID MOTT, LONNIE MOULDER, GARRY NICHOLSON, KAVITA PATEL, BETH SEIDENBERG, PASCALE WITZ, GLAXOSMITHKLINE PLC, and ADRIATIC ACQUISITION CORPORATION, | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Elaine Wang ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: March 6, 2019

**OF COUNSEL:**

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
Email: melwani@whafh.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*